IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **JENNIFER BRADLEY**, | ) |
| Plaintiff, | ) Case No.   2:14-CV-02573 |
| vs. | ) |
| **WEST ASSET MANAGEMENT, INC.** | ) |
| Defendants. | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff and the defendant hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, with prejudice, each side to bear its own costs and attorneys fees.

ARMSTRONG TEASDALE LLP

By:  /s/ J. Mark Meinhardt
J. Mark Meinhardt  #20245
1 E. Washington Street, Suite 500
Phoenix, AZ  85004
(913) 451-9797
meinhardtlaw@gmail.com

ATTORNEYS FOR PLAINTIFF

By:  /s/  Paul M. Croker
Paul M. Croker            KS # 21627
2345 Grand Boulevard, Suite 1500
Kansas City, Missouri 64108-2617
(816) 221-3420   /   FAX (816) 221-0786
prcroker@armstrongteasdale.com

ATTORNEYS FOR DEFENDANT